IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | | |
|---|---|---|
| Teresa B., | ) | Civil Action No. 5:21-cv-03006-SAL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner of | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is Plaintiff's[1] Motion for Attorney's Fees under the Equal Access to Justice Act ("EAJA"). [ECF No. 22.] Plaintiff requests an award of attorney's fees in the amount of Two Thousand, Five Hundred, Ninety-One Dollars and 79/100 cents ($2,591.79) pursuant to 28 U.S.C. § 2412(d) of the EAJA. The Government does not oppose the request. [ECF No. 23.]

Accordingly, it is hereby ORDERED that Plaintiff is awarded $2,591.79 in attorney's fees pursuant to 28 U.S.C. § 2412(d). These attorney's fees will be paid directly to Plaintiff and sent to the business address of Plaintiff's counsel. Full or partial remittance of the awarded attorney's fees will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the attorney's fees awarded in this Order to the extent necessary to satisfy such debt(s).

---

[1] The Committee on Court Administration and Case Management of the Judicial Conference of the United States has recommended due to significant privacy concerns in social security cases that federal courts refer to claimants only by their first name and last initials in court opinions.

IT IS SO ORDERED.

/s/ Sherri A. Lydon_____
The Honorable Sherri A. Lydon
United States District Court Judge

April 26, 2022
Florence, South Carolina